DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FRESH START DEVELOPMENT, INC.,
and KATINA MCCLINTON,

Appellants,

v.

REGIONS BANK,

Appellee.

No. 2D2024-2713
_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Lindsay M.
Alvarez, Judge.

Life Malcolm of LIFE Malcom Law, LLC, Tampa, for Appellant.

Lindsay Patrick Alvarez and Amy L. Drushal of Trenam, Kemker, Scharf,
Barkin, Frye, O'Neill & Mullis, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.